JOHN A. MCCARTHY, Appellant, v. WILLIAM WIRT MILLS, as Commissioner, etc., and Others, Respondents.— Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HELEN S. KANITIS, an Infant, etc., v. SOCRATES H. KANITIS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before August 6, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

ANTOINETTE SHERRI v. NATIONAL SURETY COMPANY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before July 20, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

DAVID RICHMAN and Others v. BROWN METHOD Co., INC., and Others.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

DAVID RICHMAN and Others v. BROWN METHOD Co., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

JOSEPH BERKOWITZ and Others v. BROWN METHOD Co., INC., and Others.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

JOSEPH BERKOWITZ and Others v. BROWN METHOD Co., INC., and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

FREDERIC E. COHN v. ENTERPRISE DISTRIBUTING CORPORATION.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

GUISEPPE PREVITE v. PATRICK McGOVERN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before July 27, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

THE DUTILH-SMITH McMILLAN COMPANY v. JOHN A. ROEBLING's SONS COMPANY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy and Martin, JJ.

HARRY GONDELMAN, an Infant, etc., v. W. G. F. GARAGE, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed case on appeal to be served on or before July 21, 1925. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

SAMUEL KRIDEL and Others v. BENJAMIN LEVY and Others.— Motion granted so far as to dismiss appeal from judgment; motion to dismiss appeal from order denied, and stay of execution granted pending determination of appeal from order. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

C. F. STARITA Co., INC., and Others v. EAST RIVER NATIONAL BANK.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

CHARLES H. WOOD v. JAMES S. KEILY and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, McAvoy, Martin and Burr, JJ.

CHARLES H. WOOD v. JAMES S. KEILY and Others.— Motion to dismiss appeal